**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Cherish Lemmonds and Antonio Marsh, Defendants,

Of whom Antonio Marsh is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2023-000719

———————————

Appeal From Lancaster County
Debra A. Matthews, Family Court Judge

———————————

Unpublished Opinion No. 2023-UP-391
Submitted December 5, 2023 – Filed December 5, 2023

———————————

**AFFIRMED**

———————————

Nancy Carol Fennell, of Irmo, for Appellant.

Tracy L. Bomar-Howze, of The Howze Law Firm, of Rock Hill; and Angela Michelle Killian, of South Carolina Department of Social Services, of Lancaster, both for Respondent.

Susan Margaret Johnston, of Columbia, for the Guardian ad Litem.

_____

**PER CURIAM:**  Antonio Marsh appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and HEWITT and VERDIN, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.